Decided October 9, 2002

## ANTHONY HOLLOWAY *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Holloway's petition for certification for appeal from the Appellate Court, 72 Conn. App. 244 (AC 22029), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat*, special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided October 9, 2002